IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONELL ROSE, et al.,

      Plaintiffs,                No. CIV S-05-1131 GEB KJM P

    vs.

JEANNE WOODFORD, Director, et al.,

      Defendants.            ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. The violations alleged in plaintiff's complaint took place in Kings County, which lies within the jurisdiction of the Fresno Division of this court. Also, it appears that all of the defendants, except defendant Woodford, reside in Kings County. It does not appear that plaintiff's complaint states a claim upon which relief can be granted against defendant Woodford. Finally, while plaintiff could be transferred, he is currently housed in Kings County. For the foregoing reasons, the court will transfer this action, under 28 U.S.C. § 1404(a), to the Fresno division of this court.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1  2. All future filings shall reference the new Fresno case number assigned and
2  shall be filed at:
3  United States District Court
   Eastern District of California
4  1130 "O" Street
   Fresno, CA 93721
5
6  DATED: November 18, 2005.
7
8  _____
   UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13  1/kf
    rose1131.22
14

2